UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  Case No. 17−30646
 Chapter 13
Charles R. Codey,

 Debtor.

## ORDER CONFIRMING PLAN

The debtor's plan was filed on March 3, 2017. The plan or a summary of the plan was transmitted to creditors pursuant to Bankruptcy Rule 3015. The court finds that the plan meets the requirements of 11 U.S.C. § 1325.

It is **ORDERED** that the debtors chapter 13 plan, as amended, if applicable, is **confirmed**.

Dated May 27, 2017

*/s/ Dwight H. Williams, Jr.*

Dwight H. Williams Jr.
United States Bankruptcy Judge