**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 17-30646 |
| | * | |
| CHARLES R. CODEY | * | |
| | * | |
| Debtor. * | | CHAPTER 13 |

**Pursuant to Local Bankruptcy Rule 9007-1, this motion will be taken under advisement by the court and may be granted unless a party in interest files a response within *21 days* of the date of service. Responses must be filed with the Clerk and served upon the moving party. Responses must be filed electronically with the Clerk or by U.S. Mail addressed to the Clerk of the Bankruptcy Court, One Church Street, Montgomery, Alabama 36104.**

### MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN

COMES NOW, the debtor by and through his attorney of record and hereby moves this Honorable Court to modify his Chapter 13 plan. The debtor states the reasons for same:
1. The mortgage company filed a small arrearage claim of $555.96 which needs to be included.
2. The debtor is surrendering the Kirby vacuum cleaner to United Consumer Financial Services c/o Bass & Associates.
3. The new plan will keep the same monthly payment of $433.00.
4. The debtor requests that the arrearage claim from the mortgage company be added to his plan.
5.
WHEREFORE, THESE PREMISES CONSIDERED, the Debtor hereby moves this Honorable Court to modify his Chapter 13 plan for the above stated reasons.

Respectfully submitted this the 24th day of July, 2017,

By: /s/ Amy M. Hampton
Attorney for Debtor
PO Box 1441
Alexander City, Alabama 35011
Phone (256) 392-4300
Facsimile (256) 392-4311
Amy.Hampton@fullerhampton.com

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing motion on all parties listed below and on the attached mailing matrix by mailing a copy of same to them on this the 24th day of July, 2017.

Hon. Sabrina L. McKinney, Trustee, (via electronic filing)
Charles R. Codey, 717 16th Avenue, Clanton, AL 35045

**SEE ATTACHED MATRIX**

/s/ Amy M. Hampton
Attorney for Debtor

# United States Bankruptcy Court
## Middle District of Alabama

In re **Charles R. Codey**  
Debtor(s)

Case No. **17-30646**  
Chapter **13**

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**chapter 13 plan - amended to reflect small arrearage on mortgage and surrender kirby vacuum cleaner payment remains the same at $433.00 monthly, term 60 months**

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

Date: **July 24, 2017**

**/s/ AMY M. HAMPTON**
**AMY M. HAMPTON ASB-8399-A60H**
Attorney for Debtor(s)
**FULLER HAMPTON, LLC**
**PO BOX 1441**
**422 CHURCH STREET**
**Alexander City, AL 35011-1441**
**256-392-4300 Fax:256-392-4311**
**amy.hampton@fullerhampton.com**

**United States Bankruptcy Court**
**Middle District of Alabama**

In re   Charles R. Codey                                                         Case No.   17-30646
                                       Debtor(s)                                 Chapter    13

# CHAPTER 13 PLAN
Check If Amended Plan ✓

**CREDITOR'S RIGHTS WILL BE AFFECTED BY THIS PLAN.** You should read this and other documents sent to you carefully and discuss them with your attorney.

**TO FILE AN OBJECTION TO CONFIRMATION.** An Objection to Confirmation must be filed not later than seven (7) days prior to the date fixed for the Confirmation hearing and must state with particularity the grounds for the objection. See LBR 3015-2, which can be found at www.almb.uscourts.gov/lrules/index.htm, and must state with particularity the grounds for the objection.

**PROOFS OF CLAIM.** Creditors must file a proof of claim to be paid. Confirmation of this plan does not bar the debtor, Trustee or a party in interest from objecting to a claim.

## 1. PAYMENT AND LENGTH OF PLAN
Debtor(s) shall pay **$433.00 Monthly for 60 months** per month to the Chapter 13 Trustee beginning   **APRIL 3, 2017**  .

The length of the plan is   **60**   months.

## 2. FILING FEES
The Filing Fee as prescribed by LBR 1006-1 shall be paid as follows:

- [ ] Filing Fee paid in full directly to the Clerk of Court with the petition.
- [ ] Filing Fee is being paid in installments pursuant to LBR 1006-1 directly to the Clerk of Court.
- [✓] Filing Fee is being paid in installments pursuant to LBR 1006-1 through the debtor's Chapter 13 plan as follows:
  - Total Filing Fee: **$310.00**
  - Initial Installment paid with filing of petition: **$50.00**
  - Remaining Balance to be paid through Chapter 13 plan: **$260.00**

## 3. ATTORNEY'S FEES FOR DEBTOR(S)' BANKRUPTCY COUNSEL

The following attorney's fees shall be paid through the debtor's plan payments:
- Total attorney fee: **$3,000.00**
- Amount paid by the debtor prior to filing directly to attorney: **$100.00**
- Net Attorney fee being paid through the Chapter 13 plan disbursements: **$2,900.00**

## 4. SECURED CLAIMS PAID THROUGH THE PLAN
The Debtor proposes that the Trustee make adequate protection payments prior to the confirmation of this Plan, pursuant to § 1326(a)(1) to the following creditors indicated below holding a purchase money security interest in personal property. Only those creditors entitled to § 1326(a)(1) adequate protection payments will receive pre-confirmation payments through the debtor's payments to the Trustee. The Trustee shall commence making such payments to creditors holding allowed claims secured by an interest in personal property consistent with the Trustee's distribution process and only after the timely filing of a proof of claim by such creditor. The Trustee shall receive the percentage fee fixed under 28 U.S.C. § 586(e) on all adequate protection payments. Pre-confirmation adequate protection payments shall be applied to the principal of the creditor's claim. Upon confirmation of this plan all secured creditors will receive adequate protection payments as set out below along with the payment of the debtor's attorney's fees. At such time as the debtor's attorney's fees have been paid in full, the creditor's claim shall be paid its specified monthly plan payments on the terms and conditions listed below as required under § 1325(a)(5).

| Creditor | Collateral Description | 910/365 Claim? Yes/No | Amount of Debt | Collateral Value | Interest Rate | §1326 PMSI Adeq Prot? Yes/No | Adeq Prot Pymt | Specified Monthly Payment |
|---|---|---|---|---|---|---|---|---|
| 1ST FRANKLIN FINANCIAL | 2002 KIA SPECTRUM LS | No | $1,650.06 | $877.00 | 4.25% | Yes | 20.00 | $20.00 |
| MUTUAL SAVINGS CREDIT UNION | 2015 KIA OPTIMA | Yes | $16,824.16 | $15,267.00 | 4.25% | Yes | 170.00 | $355.00 |

## 5. LONG TERM DEBTS MAINTAINED THROUGH THE PLAN

The Debtor proposes that the Trustee maintain the following long term debts through the plan. The Trustee shall make payments prior to confirmation of this Plan, to all of the following long term creditors indicated below. The Trustee shall commence making such payments to creditors holding allowed secured claims consistent with the Trustee's distribution process and only after the timely filing of a proof of claim by such creditor. The Trustee shall receive the percentage fee fixed under 28 U.S.C. § 586(e) on all payments. Upon confirmation of this plan said long term creditors will receive payments as set out below along with the payment of the debtor's attorney's fees.

| Creditor | Collateral Description | Amount of Debt | Collateral Value | Monthly Payment |
|---|---|---|---|---|
| -NONE- | | | | |

## 6. SURRENDERED PROPERTY

Debtor surrenders the following collateral. Upon confirmation, the automatic stay (including the co-debtor stay) is lifted as to surrendered collateral. Any claim submitted by such creditor will receive no distribution under this Plan until an amended proof of claim is filed by such creditor, reflecting any deficiency balance remaining following surrender.

| Creditor | Collateral Description | Amount of Debt | Value of Collateral |
|---|---|---|---|
| United Consumer Financial | Kirby Vacuum cleaner | $1,715.67 | $300.00 |

## 7. CURING DEFAULTS

Pursuant to § 1322(b)(5) the debtor shall cure defaults with respect to the following creditors indicated below. Trustee shall pay the allowed claims for arrearages at 100% through this Plan. The amount of default to be cured under this provision shall be the amount of the allowed claim filed by the creditor. The "amount of arrearage" listed herein is an estimate, and in no way shall this estimate limit what the Trustee shall distribute to said creditor under this plan to cure the default.

| Creditor | Collateral Description | Amount of Arrearage | Interest Rate | Monthly Payment |
|---|---|---|---|---|
| OCWEN LOAN SERVICING | 717 16th Avenue North Clanton, AL 35045 | $555.96 | 0.00% | $11.00 |

## 8. DIRECT PAYMENTS

The following secured creditors or holders of long-term debt will be paid directly by the debtor to the creditor. The debtor shall make all § 1326 pre-confirmation adequate protection payments directly to the following creditors pursuant to the terms of the contract with the creditor. The debtor shall continue to make all payments to the creditor directly pursuant to the terms of the contract following the confirmation of the debtor's plan.

| Creditor | Collateral Description | Amount of Debt | Value of Collateral | Date Payment to Resume | Direct Pymt Amount |
|---|---|---|---|---|---|
| OCWEN LOAN SERVICING | 717 16th Avenue North Clanton, AL 35045 | $55,081.00 | $60,300.00 | MARCH 2017 | $530.00 |

## 9. DOMESTIC SUPPORT OBLIGATIONS

The Debtor proposes that prepetition Domestic Support Obligation arrearage claims indicated below shall be paid in full through this plan pursuant to § 507(a)(1) unless the claimant agrees to some other treatment or the Court orders otherwise. The Debtor shall directly pay all ongoing Domestic Support Obligations that become due after filing of the petition.

| Creditor | Total Arrearage | Specified Monthly Payment |
|---|---|---|
| -NONE- | | |

The Debtor shall directly pay all ongoing Domestic Support Obligations that become due after filing of the petition.

## 10. PRIORITY CLAIMS (Excluding Domestic Support Obligations)

The Debtor will pay all priority claims pursuant to § 507 unless claimant expressly agrees otherwise including the following:

| Claimant | Type of Priority | Scheduled Amount | Monthly Payment |
|---|---|---|---|
| -NONE- | | | |

## 11. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Executory contracts and/or leases receive the following designated treatment. For all executory contracts or unexpired leases being assumed by the debtor pursuant to this plan, the debtor shall make all pre-confirmation § 1326 adequate protection payments directly to the Lessors pursuant to the terms of the contract. For all contracts assumed, the debtor shall continue to make all payments directly to the creditor pursuant to the terms of the contract following the confirmation of the debtor's plan.

| Creditor | Collateral Description | Reject | Assume |
|---|---|---|---|
| AT&T MOBILITY | ASSUME CELL PHONE AND INTERNET CONTRACT | | X |
| DIRECT TV | ASSUME CABLE CONTRACT | | X |

## 12. SPECIALLY CLASSIFIED UNSECURED CLAIMS

The following claims shall be paid as specially classified unsecured claims and shall receive the following designated treatment:

| Creditor | Amount of Debt Specially Classified | Interest Rate | Specified Monthly Payment |
|---|---|---|---|
| -NONE- | | | |

## 13. UNSECURED CLAIMS

Allowed non-priority unsecured claims shall be paid through the distribution of the debtor's chapter 13 plan at a rate of __0__ %, or pro rata participation in a "POT" Plan of $____ for the benefit of unsecured creditors, or until all allowed claims are paid in full. If this proposed dividend to unsecured creditors is less than 100%, debtors propose to pay to the Trustee all projected disposable income for the applicable commitment period for the benefit of unsecured creditors as required by § 1325(b).

## 14. OTHER PLAN PROVISIONS

**(a) Lien Retention:** Allowed secured claim holders shall retain liens until liens are released or upon completion of all payments under this plan.

**(b) Vesting of Property of the Estate:**

__X__ Property of the Estate shall revest in the Debtor(s) upon confirmation of the debtor's plan.

____ Property of the Estate shall remain property of the estate subsequent to confirmation of this plan.

All property of the Estate whether it remains in the estate or revests with the debtor upon confirmation of the plan shall remain in the debtor's possession and control. The debtor shall have use of property of the estate, subject to the requirements of § 363 of the Bankruptcy Code.

**(c) Direct Payment by Debtor:** Secured creditors and lessors to be paid directly by the Debtor(s) may continue to mail to Debtor(s) the customary monthly notices or coupons notwithstanding the automatic stay.

**(d) Other Provisions of the Plan Not Elsewhere Described:**

Date **July 24, 2017**   Signature **/s/ Charles R. Codey**
**Charles R. Codey**
Debtor

Attorney **/s/ AMY M. HAMPTON**
**AMY M. HAMPTON ASB-8399-A60H**

Charles R. Codey
717 16th Avenue North
Clanton, AL 35045



1ST FRANKLIN FINANCIAL
11 VILLAGE SQUARE
Clanton, AL 35045



AMERICAN EXPRESS
PO BOX 981537
El Paso, TX 79998



BANK OF AMERICA
PO BOX 982238
El Paso, TX 79998-2238



BASS & ASSOCIATES
3936 E. FT. LOWELL RD
SUITE 200
Tucson, AZ 85712



BECKET & LEE LLP
PO BOX 3001
Malvern, PA 19355



CAVALRY SPV I, LLC
500 SUMMIT LAKE DRIVE
SUITE 400
Valhalla, NY 10595



CLANTON FINANCIAL SERVICES
220 7TH STREET SOUTH
Clanton, AL 35045



MUTUAL SAVINGS CREDIT UNION
PO BOX 362045
Birmingham, AL 35236

OCWEN LOAN SERVICING
attn: BANKRUPTCY DEPARTMENT
PO BOX 24605
West Palm Beach, FL 33416-4605


REGIONAL FINANCE
220 TOWN MART
Clanton, AL 35045


SEARS/CBNA
PO BOX 6282
Sioux Falls, SD 57117-6282


SECURITY FINANCE
CENTRAL BANKRUPTCY & RECOVERY DEPT
PO BOX 1893
Spartanburg, SC 29304


SECURITY FINANCE CLANTON
7 VILLAGE SQUARE
Clanton, AL 35045


WESTERN FINANCE
228 TOWN MART
Clanton, AL 35045


WESTERN FINANCE CORP
801 S ABE STREET
SUITE 2A
San Angelo, TX 76903-6771